Sterling Electric & Furniture Co. to use of Samuel Melnick, Appellant, *v.* Samuel Mallory et al.

Submitted March 16, 1964. *Samuel Melnick,* appellant, in propria persona; *Arthur C. Thomas,* for appellees.

Order affirmed.


April 14, 1964

Commonwealth ex rel. Davis, Appellant, *v.* Myers.

Submitted March 2, 1964. *Michael W. Simon, Jr.,* for appellant; *Ralph P. Needle,* Assistant District Attorney, and *Joseph J. Cimino,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Strickler, Appellant, *v.* Maroney.

Submitted March 17, 1964. *Chester M. Strickler,* appellant, in propria persona; *Ralph J. Althouse, Jr.,* Assistant District Attorney, and *W. Richard Eshelman,* District Attorney, for appellee.

Order affirmed.